ROBERT J. HAIRE, Appellant, *v.* JOSEPH J. HUGHES, Respondent, Impleaded with Others.

*Haire* v. *Hughes*, 127 App. Div. 530, affirmed.
(Argued November 23, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 30, 1908, upon an order which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and directed a dismissal of the complaint in an action by an attorney against his client to recover upon a contract of retainer.

*Philip Carpenter* and *Harry Eckhard* for appellant.

*Charles Lex Brooke* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.